No. 39,285

STATE OF KANSAS, ex rel., HAROLD R. FATZER, Attorney General of the State of Kansas, et al., *Appellees*, v. WILLIAM HUBBARD, doing business as LANE BROKERAGE, C. E. WRIGHT, JR., et al., *Appellants*.

(263 P. 2d 213)

Opinion filed November 7, 1953.

*Wendell L. Garlinghouse*, of Topeka, argued the cause and *Warren W. Shaw* and *William Hergenreter*, both of Topeka, were with him on the briefs for the appellants.

*Harold R. Fatzer*, attorney general, and *Thomas M. Evans*, assistant attorney general, both argued the cause, and *Paul E. Wilson*, assistant attorney general, *Doral H. Hawks*, county attorney, and *Maurice D. Freidberg*, assistant county attorney, were with them on the briefs for the appellees.

The opinion of the court was delivered by

SMITH, J.: The judgment in this case is reversed in accordance with the views expressed in *State, ex rel., v. Molitor*, No. 39,273, this day decided.

No. 39,286

STATE OF KANSAS, ex rel., HAROLD R. FATZER, Attorney General of the State of Kansas, et al., *Appellees*, v. WILLIAM HUBBARD, doing business as WRIGHT INDUSTRIAL BROKERAGE COMPANY, et al., *Appellants*.

(263 P. 2d 213)

Opinion filed November 7, 1953.

*Wendell L. Garlinghouse*, of Topeka, argued the cause and *Warren W. Shaw* and *William Hergenreter*, both of Topeka, were with him on the briefs for the appellants.

*Harold R. Fatzer*, attorney general, and *Thomas M. Evans*, assistant attorney general, both argued the cause, and *Paul E. Wilson*, assistant attorney general, *Doral H. Hawks*, county attorney, and *Maurice D. Freidberg*, assistant county attorney, were with them on the briefs for the appellees.

The opinion of the court was delivered by

SMITH, J.: The judgment in this case is reversed in accordance with the views expressed in *State, ex rel., v. Molitor*, No. 39,273, this day decided.